UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON JENKINS,<br><br>    Plaintiff,<br><br> v.<br><br>IMMUNOGEN, INC., STEPHEN C. MCCLUSKI, STUART A. ARBUCKLE, MARK J. ENYEDY, MARK A. GOLDBERG, TRACEY L. MCCAIN, DEAN J. MITCHELL, KRISTINE PETERSON, HELEN THACKRAY, and RICHARD J. WALLACE,<br><br>    Defendants. | Case No. 1:24-cv-00194-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shannon Jenkins ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 21, 2024

                     Respectfully Submitted,

                     */s/ Richard A. Acocelli*
                     Richard A. Acocelli
                     **ACOCELLI LAW, PLLC**
                     33 Flying Point Road, Suite 131
                     Southampton, NY 11968
                     Tel: (631) 204-6187
                     Email: racocelli@acocellilaw.com

                     *Attorneys for Plaintiff*